UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ORA JOSEPH DONALDSON, JR., PATRICIA HAMMER, | : : : | Case No. 3:22-cv-368 |
| Plaintiffs, | : : | District Judge Walter H. Rice |
| vs. | : : : | Magistrate Judge Peter B. Silvain, Jr. |
| CITY OF DAYTON OHIO POLICE DEPARTMENT, *et al.*, | : : : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. Plaintiffs' Complaint is **DISMISSED with prejudice** in its entirety;

2. Pursuant to U.S.C. § 1915(a), it is hereby **CERTIFIED** that any appeal of this Order would not be taken in good faith, and that Plaintiff should be denied leave to appeal *in forma pauperis*; and

3. The case is terminated on the docket of this Court.

May 2, 2023

*(signature)*
Walter H. Rice
United States District Judge